HON. BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SA MUSIC, LLC, WILLIAM KOLBERT, AS TRUSTEE OF THE HAROLD ARLEN TRUST, RAY HENDERSON MUSIC CO. INC., FOUR JAY MUSIC COMPANY, and JULIA RIVA, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON DIGITAL SERVICES LLC, PICKWICK INTERNATIONAL LIMITED, PICKWICK GROUP LIMITED, PICKWICK AUSTRALIA PTY LTD., and MASTERCORP PTY. LTD., <br><br> Defendants. | Case No. 20-cv-0579-BJR <br><br> **STIPULATED MOTION AND ORDER** |

The undersigned counsel for Plaintiffs SA Music, LLC, William Kolbert, as Trustee of the Harold Arlen Trust, Ray Henderson Music Co. Inc., Four Jay Music Company, and Julia Riva and for Defendants Amazon.com Inc. and Amazon Digital Services LLC (together, "Amazon"), hereby stipulate and agree as follows:

WHEREAS, on June 26, 2020, Amazon filed a Motion to Dismiss (ECF 25); and

WHEREAS, on July 16, 2020, Plaintiffs filed their First Amended Complaint (ECF 28); and

WHEREAS, the parties agree that the Motion to Dismiss is mooted by the filing of the First Amended Complaint, that Amazon reserves all rights when responding to the First amended Complaint, including the right to renew its motion to dismiss, and that Amazon's time to answer,

STIPULATED MOTION
AND ORDER
Case No. 20-cv-0579

**MANN LAW GROUP PLLC**
1420 Fifth Avenue – Suite 2200
Seattle, WA 98101
Telephone: (206) 436-0900

1

1  move, or otherwise respond to the First Amended Complaint shall be extended until August 6, 2020

2  NOW, THEREFORE, the parties stipulate to the following schedule, subject to the Court's

3  approval:

4      1.    Amazon's Motion to Dismiss (ECF 25) is hereby withdrawn as moot;

5  and

6      2.    Amazon's time to answer, move, or otherwise respond to the First

7  Amended Complaint (ECF 28) is hereby extended until **Thursday, August 6, 2020.**

Dated: July 27, 2020

Respectfully submitted,

By: *s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
MANN LAW GROUP PLLC
1218 Third Avenue, Suite 1809
Seattle, Washington 98101
Phone: (206) 436-0900
E-mail: phil@mannlawgroup.com

Matthew F. Schwartz  * *Pro Hac Vice*
Brian S. Levenson * *Pro Hac Vice*
SCHWARTZ, PONTERIO & LEVENSON, PLLC
134 West 29th Street, Suite 1001
New York, New York 10001
Phone: (212) 714-1200
E-mail: mschwartz@splaw.us
E-mail: blevenson@splaw.us

Oren S. Giskan * *Pro Hac Vice*
GISKAN SOLOTAROFF & ANDERSON LLP
90 Broad Street, 10th Floor
New York, New York 10004
Phone: (212) 847-8315
E-mail: ogiskan@gslawny.com

Attorneys for Plaintiffs

By: *s/ Holly M. Simpkins*
Holly M. Simpkins
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
E-mail: HSimpkins@perkinscoie.com

STIPULATED MOTION
AND ORDER
Case No. 20-cv-0579

**MANN LAW GROUP PLLC**
1420 Fifth Avenue – Suite 2200
Seattle, WA 98101
Telephone: (206) 436-0900

Kenneth L. Steinthal (*Pro Hac Vice*)
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
E-mail: ksteinthal@kslaw.com

Attorneys for Defendants Amazon.com, Inc. and Amazon Digital Services, LLC

### ORDER

Pursuant to the parties' stipulation, it is so ordered.

Dated this 30th day of July, 2020

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

*s/ Philip P. Mann*, Attorney for Plaintiffs
*s/ Holly M. Simpkins*, Attorney for Defendants Amazon.com, Inc. and Amazon Digital Services, LLC

STIPULATED MOTION
AND ORDER
Case No. 20-cv-0579

**MANN LAW GROUP PLLC**
1420 Fifth Avenue – Suite 2200
Seattle, WA 98101
Telephone: (206) 436-0900