Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

SA MUSIC, LLC, WILLIAM KOLBERT, AS
TRUSTEE OF THE HAROLD ARLEN TRUST,
RAY HENDERSON MUSIC CO., INC.,
FOUR JAYS MUSIC COMPANY and
JULIA RIVA,

                              Plaintiffs,

                    v.

AMAZON.COM, INC.,
AMAZON.COM SERVICES LLC,,
PICKWICK INTERNATIONAL LIMITED,
PICKWICK GROUP LIMITED,
PICKWICK AUSTRALIA PTY LTD., and
MASTERCORP PTY. LTD.,

                              Defendants.

Cause No. 20-cv-00579-BJR

**ORDER DIRECTING
FOREIGN SERVICE OF
PROCESS UNDER FED. R.
CIV. P. 4(f)(2)(C)(ii)**

This matter, having come before the Court on the Motion of Plaintiffs SA Music LLC, William Kolbert as Trustee of the Harold Arlen Trust, Ray Henderson Music Co., Inc., Four Jays Music Company, and Julia Riva ("Plaintiffs") for an Order Directing Foreign Service of Process Under Rule 4(f)(2)(C)(ii) and Rule 4(f)(3) of the Federal Rules of Civil Procedure; and the Court having considered the Motion, as well

as any filings in opposition and reply; and finding good cause for the motion; the Court now, therefore,

ORDERS that Plaintiffs' Motion for an Order Directing Foreign Service of Process is hereby GRANTED.

It is further ORDERED that under Rule 4(f)(2)(C)(ii), the Clerk of this Court shall serve process on Defendants Pickwick International Limited, Pickwick Group Limited, Pickwick Australia Pty Ltd., and Mastercorp Pty. Ltd.  by sending copies of the Summons and Complaint (ECF Nos. 1 and 4) via FedEx (or other comparable international courtier service) at the following addresses:

> Pickwick Group Limited
> Suite 1, Second Floor – Merritt House
> Hill Avenue
> Buckinghamshire – United Kingdom
>
> Pickwick International Limited
> Suite 1, Second Floor – Merritt House
> Hill Avenue
> Buckinghamshire – United Kingdom
>
> Pickwick Australia Pty Ltd
> 35 Gosford Street, Mount Gravatt
> QLD 4122 – Australia
>
> Mastercorp Pty. Ltd
> 35 Gosford Street, Mount Gravatt
> QLD 4122 – Australia

It is further ORDERED that Plaintiffs shall ensure that the Clerk has the requisite pre-paid and pre-addressed envelope, in addition to all information necessary, to carry out the above directions.

ORDER FOR FOREIGN SERVICE
CAUSE NO. 20-CV-0579-BJR

2

MANN LAW GROUP PLLC
1420 Fifth Avenue – Suite 2200
Seattle, WA  98101
Telephone: (206) 436-0900

1    It is further ORDERED that Plaintiffs shall also e-mail copies of the Summons

2 and Complaint and (ECF Nos. 1 and 4) to Defendant  Pickwick Group Limited at the

3 following e-mail address: info@pickwickgroup.com

4

5 DATED this 4th day of January, 2021.

6

7

8

9

10                                                    Barbara Jacobs Rothstein
                                                      U.S. District Court Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MANN LAW GROUP PLLC**
1420 Fifth Avenue – Suite 2200
Seattle, WA  98101
Telephone: (206) 436-0900