HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SA MUSIC, LLC, et al.,<br><br>                  Plaintiffs,<br><br>          v.<br><br>AMAZON.COM, INC., et al.,<br><br>                  Defendants. | Case No. 20-cv-0579-BJR<br><br>**STIPULATED MOTION AND ORDER ON FILING OF SECOND AMENDED COMPLAINT** |

       The undersigned counsel for Plaintiffs SA Music, LLC, William Kolbert, as Trustee of the Harold Arlen Trust, Ray Henderson Music Co. Inc., Four Jays Music Company, and Julia Riva ("Plaintiffs") and for Defendants Amazon.com, Inc., and Amazon Digital Services, LLC (together, "Amazon"), hereby stipulate and request an order from the Court that:

       1.     Plaintiffs may file a Second Amended Complaint in the form provided to counsel for Amazon by e-mail dated March 16, 2021 and the amended pleading shall be deemed effective as of March 19, 2021;

       2.     Amazon's time to answer or otherwise respond to the Second Amended Complaint shall be extended to April 19, 2021; and

       3.     Nothing in this stipulation waives any other defenses, rights or arguments that Amazon may assert in response to the Second Amended Complaint.

IT IS SO STIPULATED, through Counsel of Record.

Dated: March 29, 2021

Respectfully submitted,

By: *s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
MANN LAW GROUP PLLC
1218 Third Avenue, Suite 1809
Seattle, Washington  98101
Phone: (206) 436-0900
E-mail: phil@mannlawgroup.com

Matthew F. Schwartz  * *Pro Hac Vice*
Brian S. Levenson * *Pro Hac Vice*
SCHWARTZ, PONTERIO & LEVENSON, PLLC
134 West 29th Street, Suite 1001
New York, New York 10001
Phone: (212) 714-1200
E-mail: mschwartz@splaw.us
E-mail: blevenson@splaw.us

Oren S. Giskan * *Pro Hac Vice*
GISKAN SOLOTAROFF & ANDERSON LLP
90 Broad Street, 10th Floor
New York, New York 10004
Phone: (212) 847-8315
E-mail: ogiskan@gslawny.com

Attorneys for Plaintiffs

By: *s/ Eric J. Weiss*
Eric J. Weiss
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
E-mail: EWeiss@perkinscoie.com

Kenneth L. Steinthal (*Pro Hac Vice*)
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
E-mail: ksteinthal@kslaw.com

Attorneys for Defendants Amazon.com, Inc. and Amazon Digital Services, LLC

## PROPOSED ORDER

Pursuant to the parties' stipulation, it is so ordered.

Dated this 29th day of March, 2021.

*[signature: Barbara J. Rothstein]*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

*s/ Philip P. Mann*, Attorney for Plaintiffs
*s/ Eric J. Weiss*, Attorney for Defendants Amazon.com, Inc. and Amazon Digital Services