THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SA MUSIC, LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AMAZON.COM, INC. et al.<br><br>　　　　　Defendants. | No. 2:20-cv-0579-BJR<br><br>**JOINT STIPULATION TO EXTEND DISCOVERY AND CASE-RELATED DEADLINES AND ORDER** |

　　　　Plaintiffs SA Music, LLC; William Kolbert, as Trustee of the Harold Arlen Trust; Ray Henderson Music Company; Four Jays Music Company; and Julia Riva (collectively, "Plaintiffs") and Defendants Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Defendants")[1] hereby stipulate and agree as follows:

　　　　WHEREAS, on April 16, 2020, Plaintiffs filed the Complaint in this case alleging copyright infringement against Defendants (Dkt No. 1);

　　　　WHEREAS, the Court entered a Pretrial Scheduling Order on July 9, 2020, which included a discovery cutoff date of June 9, 2021 (Dkt. No. 27);

　　　　WHEREAS, the parties have diligently conducted discovery and attempted in good faith to resolve discovery-related disputes;

　　　　WHEREAS, the parties have attempted in good faith to resolve the claims in this case;

---

[1] Additional defendants Pickwick International Limited, Pickwick Group Limited, Pickwick Australia PTY LTD, and Mastercorp PTY LTD have not yet appeared in this litigation.

STIPULATION TO EXTEND
DEADLINES AND ORDER
(No. 2:20-cv-0579-BJR) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

WHEREAS, good cause exists for extending the fact and expert discovery deadlines to accommodate the logistical burdens of completing discovery obligations during the COVID-19 pandemic and coordinating with parties headquartered outside of the United States;

WHEREAS, good cause exists for extending the pretrial and other case-related deadlines to accommodate the extension of discovery; and

WHEREAS, the parties have not previously sought any extensions of the deadlines in this case;

NOW, THEREFORE, the parties stipulate to and move the Court for entry of the following schedule pursuant to Local Rule 7(d)(1), which extends the discovery and other case-related deadlines by approximately 90 days:

1. Reports of experts witnesses under FRCP 26(a)(2) due **August 9, 2021**.
2. Discovery to be completed by **September 7, 2021**.
3. All dispositive motions must be filed by **September 7, 2021**.
4. All motions *in limine* must be filed by **January 31, 2022.**
5. Joint Pretrial Statement shall be filed by **February 7, 2022.**
6. Pretrial conference – **To be scheduled by the Court**.
7. Jury Trial - **To be scheduled by the Court**.

STIPULATION TO EXTEND
DEADLINES AND ORDER
(No. 2:20-cv-0579-BJR) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

DATED: April 16, 2021

s/ Eric J. Weiss
Eric J. Weiss, WSBA No. 44807
David T. Martin, WSBA No. 50160
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: EWeiss@perkinscoie.com
        DMartin@perkinscoie.com

s/ Kenneth L. Steinthal
Kenneth L. Steinthal (*Pro Hac Vice*)
**King & Spalding LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: 415.318.1200
Facsimile: 415.318.1300
Email: KSteinthal@kslaw.com

*Attorneys for Defendants Amazon.com, Inc., and Amazon Services LLC*

STIPULATION TO EXTEND
DEADLINES AND ORDER
(No. 2:20-cv-0579-BJR) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

DATED: April 16, 2021

s/ Matthew F. Schwartz
Matthew F. Schwartz (*Pro Hac Vice*)
Brian S. Levenson (*Pro Hac Vice*)
**Schwartz Ponterio & Levenson PLLC**
134 West 29th Street, Suite 1001
New York, NY 10001
Telephone: 212.714.1200
Facsimile: 212.714.1264
Email: mschwartz@splaw.us
Email: blevenson@splaw.us

s/ Philip P. Mann
Philip P. Mann, WSBA No. 28860
**Mann Law Group PLLC**
1420 Fifth Avenue, Suite 2200
Seattle, Washington 98101
Phone: (206) 436-0900
E-mail: phil@mannlawgroup.com

Oren S. Giskan (*Pro Hac Vice*)
**Giskan Solotaroff & Anderson LLP**
90 Broad Street, 10th Floor
New York, New York 10004
Telephone: (212) 847-8315
E-mail: ogiskan@gslawny.com

*Attorneys for Plaintiffs*

STIPULATION TO EXTEND
DEADLINES AND ORDER
(No. 2:20-cv-0579-BJR) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**ORDER**

Pursuant to the parties' stipulation, it is so ordered. In addition:

- Pretrial Conference is set for February 22, 2022 at 11:00 AM;
- Jury Trial is set for March 7, 2022 at 9:30 AM.

Dated this 26th day of April, 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

s/ Eric J. Weiss

Eric J. Weiss, WSBA No. 44807
David T. Martin, WSBA No. 50160
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: EWeiss@perkinscoie.com
         DMartin@perkinscoie.com

STIPULATION TO EXTEND
DEADLINES AND ORDER
(No. 2:20-cv-0579-BJR) – 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000